1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY JAMES MYERS,                    No. 1:23-cv-00409-JLT-SAB (HC)

12                 Petitioner,               ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS, GRANTING IN
13         v.                                PART RESPONDENT'S MOTION TO
                                             DISMISS, AND REFERRING MATTER
14   BRYAN D. PHILLIPS, et al.,              BACK TO MAGISTRATE JUDGE

15                 Respondents.              (Docs. 13, 19)

16

17          Anthony James Myers, represented by counsel, is a state prisoner proceeding with a

18   petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. This matter was referred

19   to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On July 12, 2023, the magistrate judge issued findings and recommendations

21   recommending that Respondent's motion to dismiss be granted in part and Petitioner be allowed

22   to delete the unexhausted cumulative error claim and proceed with his exhausted claims. (Doc.

23   19.) The Court served the findings and recommendations on the parties and notified them that any

24   objections thereto were to be filed within fourteen days after service. On July 18, 2023, Petitioner

25   filed timely objections. (Doc. 20.)

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

27   *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's

28   objections, the Court holds the findings and recommendation to be supported by the record and

proper analysis. Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on July 12, 2023 (Doc. 19) are **ADOPTED IN FULL**.

2. Respondent's motion to dismiss (Doc. 13) is **GRANTED IN PART**.

3. Petitioner's unexhausted cumulative error claim is **DISMISSED** without prejudice.

4. The matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **October 31, 2023**

UNITED STATES DISTRICT JUDGE